RALPH GUERRUCCI, on Behalf of Himself and All Others Similarly Situated, Respondents, v SCHOOL DISTRICT OF CITY OF NIAGARA FALLS, Appellant. (Appeal No. 1.)

Submitted May 26, 2015; decided July 1, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge FAHEY taking no part.

In the Matter of the Adoption of ISABELLA TT., an Infant. DALTON C. et al., Appellants; BRANDON A. et al., Respondents. FRIENDS IN ADOPTION, INC., Appellant. (Proceeding No. 1.)

In the Matter of BRANDON A., Respondent, v MELISSA TT., Respondent, and FRIENDS IN ADOPTION, INC., Appellant. DALTON C. et al., Appellants. (Proceeding No. 2.)

Submitted June 22, 2015; decided July 1, 2015

Motion by the American Academy of Adoption Attorneys et al. for leave to appear amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

In the Matter of the Claim of TERRI A. JABLONSKI, Appellant. COMMISSIONER OF LABOR, Respondent.

Submitted June 8, 2015; decided July 1, 2015

Motion for reconsideration of this Court's May 5, 2015 dismissal order denied [see 25 NY3d 981 (2015)].